# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARNES,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendants. | Case No.: 1:17-cv-1006 - LJO - JLT<br><br>ORDER CONTINUING THE SCHEDULING CONFERENCE TO DECEMBER 15, 2017 |

Plaintiff initiated this action by filing a complaint on July 27, 2017. (Doc. 1) The Summons was issued on July 28, 2017, as were the new civil case documents. (Docs. 2-3) Notably, in the Court's "Order Setting Mandatory Scheduling Conference," Plaintiff was informed:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, **plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims**. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint.

(Doc. 3 at 1-2, emphasis added)

In relevant part, Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The deadline for service may be extended "if the

plaintiff shows good cause for the failure" to serve within the specified time. *Id.* Plaintiff is now reminded of the obligation to diligently pursue service of the summons and complaint, and to demonstrate good cause if additional time is necessary to effect service. **Failure to do so will result in the Court dismissing this action or dismissing any unserved defendants.**

Accordingly, the Court **ORDERS** that the Scheduling Conference currently set for October 26, 2017 is **CONTINUED** to **December 15, 2017 at 9:00 a.m**.

IT IS SO ORDERED.

Dated: **October 12, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE