# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KEVIN BARNES, | ) Case No.: 1:17-cv-01006 - LJO - JLT |
|---|---|
| Plaintiff, | ) ORDER DISMISSING THE ACTION WITHOUT |
| v. | ) PREJUDICE PURSUANT TO THE PLAINTIFF'S ) REQUEST FOR VOLUNTARY DISMISSAL |
| UNION PACIFIC RAILROAD COMPANY, | ) (Doc. 15) |
| Defendant. | ) |

On December 1, 2017, Plaintiff Kevin Barnes notified the Court that he was "unable to secure substitute counsel." (Doc. 15 at 1) As a result, Plaintiff "request[ed] that this case be dismissed." (Id.) The Court construes this to be a request for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which the Court may dismiss an action without prejudice upon the request of a plaintiff. See Fed. R. Civ. P. 41(a)(2). Accordingly, the Court **ORDERS**:

1. Plaintiff's request for dismissal of the action is **GRANTED**;
2. The complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **December 13, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE